# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case:   2:23-CR-20004 |
| *Plaintiff(s)* ) | |
| v. ) | |
| ) | |
| ZACKARY KING ) | |
| ) | |
| *Defendant(s)* ) | |

## NOTICE OF APPEARANCE

Please take notice that Christopher H. Baker of the James Law Firm, who is authorized to practice before this court, will be aiding in the representation of Zackary King in the case captioned above and requests that he be included on the service of all notices, pleadings, and other documents filed in this case.

Dated: February 2, 2023   Respectfully submitted,

/s/ Christopher H. Baker

Christopher H. Baker, Esq.
Arkansas Bar No. 2022124
*Attorney for Zackary King*
Email: Chris@Jamesfirm.com
James Law Firm
1001 La Harpe Blvd.
Little Rock, Arkansas 72201
Telephone: (501) 375-0900
Fax: (501) 375-1356

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this February 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notice of such filing to all registered parties and counsel.

/s/ Christopher H. Baker

Christopher H. Baker, Esq.
Arkansas Bar No. 2022124
